| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Brady L. Skinner** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | 8:22-bk-00445 | | |

■ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy  4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ■ No
   ☐ Yes. Fill in the details.

   | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|
   | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

| Debtor 1 | **Brady L. Skinner** | Case number (if known) | **8:22-bk-00445** |
|---|---|---|---|

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

|  | **Debtor 1** Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | **Debtor 2** Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year:** (January 1 to December 31, 2021) | Social Security Benefits | $31,000.00 | | |
| | Reportable Income Assoc. with 1099 from IRA to Roth Conversion | $452,675.16 | | |
| | Reportable Income Assoc. with k-1 for Sale of Real Property Owned by Corporation | $635,359.12 | | |
| | Reportable Income Assoc. with Garnishment of Securities Account | $598,183.53 | | |
| **For the calendar year before that:** (January 1 to December 31, 2020) | Interest / Dividends | $1,284.00 | | |
| | Retirement Income | $37,678.00 | | |
| | Social Security Benefits | $31,111.00 | | |
| **For the calendar year:** (January 1 to December 31, 2019) | Interest / Dividends | $22,287.00 | | |
| | Social Security Benefits | $30,618.00 | | |

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ■ No  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
   ☐ No  Go to line 7.
   ■ Yes  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

| Debtor 1 | **Brady L. Skinner** | Case number *(if known)* | **8:22-bk-00445** |
|---|---|---|---|

    ☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**
        During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

        ☐ No.  Go to line 7.
        ☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **JGAR Financial, LLC**<br>**c/o Thomas D. Dunkel, Mgr**<br>**351 E. Conestoga Rd, Ste 207**<br>**Wayne, PA 19087** | **October 2021** | **$598,183.53** | **$5,503,180.82** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **payment pursuant to agreement** |
| **U.S. Bank Trust N.A. as Tee**<br>**c/o Select Portfolio Serv.**<br>**3217 S. Decker Lake Dr.**<br>**Salt Lake City, UT 84119** | **November 2021,**<br>**December 2021,**<br>**January 2022** | **$11,460.84** | **$385,000.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** | **November 2021,**<br>**December 2021,**<br>**January 2022** | **$13,789.52** | **$0.00** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Jamestown Transp., Inc.** | **October 2021** | **$598,183.53** | **$5,503,180.82** | **payment to JGAR Financial pursuant to agreement** |
| **Mark V Development, L.L.C.**<br>**6911 Point of Rocks Road**<br>**Sarasota, FL 34242** | **October 2021** | **$598,183.53** | **$5,503,180.82** | **payment to JGAR Financial pursuant to agreement** |

| Debtor 1 | Brady L. Skinner | Case number (if known) | 8:22-bk-00445 |
|---|---|---|---|

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| JGAR Financial, LLC v. Brady L. Skinner<br>Case No. 2020 EX 69782 | judgment collection | Common Pleas Court of Montgomery County<br>OH | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| JGAR Financial, LLC v. Brady L. Skinner<br>2020 CA 001316 NC | execution on foreign judgment | 12th Judicial Circuit Court<br>P.O. Box 3079<br>Sarasota, FL 34230-3079 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 217 Funding, LLC v. Brady L. Skinner<br>2021 CV01481 | complaint on cognovit guaranty | Court of Common Pleas Montgomery County<br>OH | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Huntington National Bank v. WB&L, Inc.<br>09CV75854 | breach of loan agreement and personal guaranty | Court of Common Pleas Warren County Ohio | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| JGAR Financial, LLC<br>c/o Thomas D. Dunkel, Mgr<br>351 E. Conestoga Rd, Ste 207<br>Wayne, PA 19087 | securities accounts at Charles Schwab Bank (resolved pursuant to agreement dated 10/09/2021)<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | 02/2021 | $598,183.53 |
| JGAR Financial, LLC<br>351 E. Conestoga Road<br>Suite 207<br>Wayne, PA 19087 | attempted levy of Florida homestead and personal property<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | 05/2021 | $0.00 |

| Debtor 1 | **Brady L. Skinner** | Case number (*if known*) | **8:22-bk-00445** |
|---|---|---|---|

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **JGAR Financial, LLC**<br>c/o Thomas D. Dunkel, Mgr<br>351 E. Conestoga Rd, Ste 207<br>Wayne, PA 19087 | **funds in Bank of America garnished**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | 02/2021 | $326.63 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ■ No
   ☐ Yes

### Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ☐ No
   ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Sean Skinner** | **cash** | 02/23/2021 | $800.00 |
| Person's relationship to you: **son** | | | |
| **Kimberly Ward**<br>**6911 Point of Rocks Road**<br>**Sarasota, FL 34242** | **cash** | 09/20/2021 | $1,000.00 |
| Person's relationship to you: **girlfriend** | | | |
| **Kimberly Ward**<br>**6911 Point of Rocks Road**<br>**Sarasota, FL 34242** | **payment of health insurance premiums (United Health $37.67 per month, 24 payments)** | monthly | $904.08 |
| Person's relationship to you: **girlfriend** | | | |
| **Kimberly Ward**<br>**6911 Point of Rocks Road**<br>**Sarasota, FL 34242** | **payment of health insurance premium (Philadelphia American, one time charge $30.00, 12 payments of $325.95)** | monthly | $3,941.40 |
| Person's relationship to you: **girlfriend** | | | |
| **Kimberly Ward**<br>**6911 Point of Rocks Road**<br>**Sarasota, FL 34242** | **cash** | 10/04/2021 | $2,000.00 |
| Person's relationship to you: **girlfriend** | | | |

| Debtor 1 | **Brady L. Skinner** | Case number (*if known*) | **8:22-bk-00445** |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    - ■ No
    - ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>**Charity's Name**<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

### Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
    - ■ No
    - ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
    - ☐ No
    - ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Bush Ross, P.A.**<br>Post Office Box 3913<br>Tampa, FL 33601-3913<br>Kathy Skinner | Cash | 02/02/2021 | $8,137.50 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.
    - ■ No
    - ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
    - ☐ No
    - ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

| Debtor 1 | **Brady L. Skinner** | Case number (*if known*) | 8:22-bk-00445 |
|---|---|---|---|

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **SKS Real Estate, LLC**<br>**6911 Point of Rocks Road**<br>**Sarasota, FL 34242**<br><br>**Debtor is sole member** | 1/2 interest in 4 parcels of real estate<br>234 Ironwood Drive, West Carrollton, Ohio<br>372 Randy Drive, West Carrollton, Ohio<br>170 Winchcombe Drive, Dayton, Ohio<br>6515 Le Mans Lane, Dayton Ohio | None | 11/08/2021 |
| **Phoenix Harbor Cove, Inc.**<br>**6911 Point of Rocks Road**<br>**Sarasota, FL 34242**<br><br>**debtor is sole shareholder** | $59,800.00 (funds transferred from debtor's checking account to Phoenix operating account) | $59,334.38 (funds transferred from Phoenix operating account to debtor's checking account) | multiple dates (02/25/2020-08/09/2021) |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
    ■ No
    ☐ Yes. Fill in the details.

    | Name of trust | Description and value of the property transferred | Date Transfer was made |
    |---|---|---|

### Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
    ■ No
    ☐ Yes. Fill in the details.

    | Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

| Debtor 1 | Brady L. Skinner | Case number (*if known*) | 8:22-bk-00445 |
|---|---|---|---|

### Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☐ No
    ☒ Yes. Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Skinner Family Trust | | Debtor is trustee of Skinner Family Trust (no beneficial interest) | Unknown |

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☒ No
    ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

### Part 11: Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

| Debtor 1 | Brady L. Skinner | Case number (*if known*) | 8:22-bk-00445 |
|---|---|---|---|

☐ **No.** None of the above applies. Go to Part 12.

■ **Yes.** Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Phoenix Holdings & Investments, Inc.**<br>6911 Point of Rocks Road<br>Sarasota, FL 34242 | inactive, administrative dissolution for failure to file administrative report 09/24/2021<br><br>Brady L. Skinner | EIN:  31-1272653<br><br>From-To  11/13/2007-09/24/2021 |
| **Phoenix Harbor Cove, Inc.**<br>6911 Point of Rocks Road<br>Sarasota, FL 34242 | inactive, administrative dissolution for failure to file administrative report 09/24/2021<br><br>Brady L. Skinner | EIN:  26-1417573<br><br>From-To  11/13/2007-09/24/2021 |
| **Mark V Development, L.L.C.**<br>6911 Point of Rocks Road<br>Sarasota, FL 34242 | inactive, administrative dissolution for failure to file administrative report 09/27/2019<br><br>Brady L. Skinner | EIN:  05-0605342<br><br>From-To  03/23/2004-09/27/2019 |
| **Dayton's Angels II LLC**<br>126 Rue Marseille<br>Dayton, OH 45429 | investment in broadway play<br><br>Clark Schaffer | EIN:  58-2671852<br><br>From-To |
| **Eagle Bay Constr. & Dev., Inc.**<br>6911 Point of Rocks Road<br>Sarasota, FL 34242 | <br><br>Brady L. Skinner | EIN:<br><br>From-To |
| **WB&L, Inc.**<br>6911 Point of Rocks Road<br>Sarasota, FL 34242 | <br><br>Brady L. Skinner | EIN:  31-1396648<br><br>From-To |
| **Jamestown Transportation, Inc.**<br>6911 Point of Rocks Road<br>Sarasota, FL 34242 | <br><br>Brady L. Skinner | EIN:  31-1334125<br><br>From-To |
| **Phoenix Settlers Walk, Inc.**<br>6911 Point of Rocks Road<br>Sarasota, FL 34242 | <br><br>Brady L. Skinner | EIN:<br><br>From-To |
| **Eagle Bay, LLC**<br>c/o CT Corporation System<br>Fort Lauderdale, FL 33324 | inactive<br><br>Brady L. Skinner | EIN:  20-2931716<br><br>From-To  07/14/2005-12/19/2011 |
| **E-2, Inc.**<br>c/o CT Corporation System<br>1200 S. Pine Island Rd.<br>Fort Lauderdale, FL 33324 | inactive<br><br>Unknown | EIN:  31-1338031<br><br>From-To  04/05/1990-04/03/1995 |
| **B G Water Properties, Inc.**<br>6911 Point of Rocks Road<br>Sarasota, FL 34242 | inactive<br><br>Brady L. Skinner | EIN:<br><br>From-To |

Debtor 1   Brady L. Skinner                                    Case number (if known)  8:22-bk-00445

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| BLS Investments, Inc.<br>c/o Paul E. Olson<br>1900 Ringling Blvd.<br>Sarasota, FL 34236 | inactive, administrative dissolution for failure to file administrative report 08/13/1993<br><br>Brady L. Skinner | EIN: 65-0157217<br>From-To 11/13/1989-08/13/1993 |
| BLS of Sarasota, Inc.<br>216 Tahlequah Trail<br>Springboro, OH 45066 | inactive, administrative dissolution for failure to file administrative report 09/19/2003<br><br>Brady L. Skinner | EIN: 31-1373906<br>From-To 02/04/1993-09/19/2003 |
| Leslie Park Venture, Inc.<br>945 E. Central Ave.<br>Miamisburg, OH 45342 | inactive, administrative dissolution for failure to file administrative report 09/27/2013<br><br>Brady L. Skinner | EIN: 31-1435384<br>From-To 04/05/1995-09/27/2013 |
| SKS Real Estate, LLC<br>6911 Point of Rocks Road<br>Sarasota, FL 34242 | real estate holding company<br><br>Brady L. Skinner | EIN:<br>From-To 11/2021 to present |
| Celerity Brokerage, Inc.<br>6911 Point of Rocks Road<br>Sarasota, FL 34242 | inactive<br><br>Brady L. Skinner | EIN: 20-1939613<br>From-To |
| Grand Terra Transportation, Inc.<br>6911 Point of Rocks Road<br>Sarasota, FL 34242 | inactive<br><br>Brady L. Skinner | EIN: 31-1306594<br>From-To |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

Name                                      Date Issued
Address
(Number, Street, City, State and ZIP Code)

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

*/s/ Brady L. Skinner*
Brady L. Skinner                                  Signature of Debtor 2
Signature of Debtor 1

Date   March 7, 2022                              Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 10

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2022, I electronically filed a true and correct copy of the foregoing Amended Statement of Financial Affairs with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system, and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

By: /s/ Kathleen L. DiSanto
Kathleen L. DiSanto
Florida Bar No. 58512
*kdisanto@bushross.com*
BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida  33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (fax)
Counsel for the Debtor

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

United States Trustee (USTPRegion21.TP.ECF@USDOJ.GOV)
Nathan A. Wheatley, Esq. (nathan.a.wheatley@usdoj.gov)
Gregg S. Ahrens, Esq. (gahrens@kahaneandassociates.com)
Alan C. Hochheiser, Esq. (ahochheiser@mauricewutscher.com)
All parties who receive electronic service via the CM/ECF system