UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No: 8:22-bk-00445-CPM

Chapter 11

BRADY L. SKINNER,

        Debtor.
_____/

# Supporting Documentation

- Statement of Cash Receipts and Disbursements between July 1, 2022 through September 30, 2022
- July 1, 2022 – September 30, 2022 Bank of America Account Activity[1]
- July 1, 2022 – September 30, 2022 Fifth Third Bank Statement

---

[1] On August 10, 2022, a transfer of $2,600.00 was made in error to Sean Skinner from the Bank of America Account ending in 6077 ("**Account 6077**"). On August 11, 2022, the wire transfer was returned to Account 6077, and the Reorganized Debtor transferred the $2,600.00 into his DIP Account ending in 6653 at Fifth Third Bank.

# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>07/01/22-09/30/22 | Cumulative<br>Total |
|---|---:|---:|
| **CASH** - Beginning of Month | 6,046.14 | 2,266.71 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business |  |  |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  | 0.02 |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement | 17833.00 | 52567.72 |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) | 50000.00 | 50,000.00 |
| Other (expense reimbursement) | 50.38 | 51.21 |
|  |  |  |
| **TOTAL RECEIPTS** | 67,883.38 | 102,618.95 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing | 783.72 | 1,556.72 |
| Household Repairs & Maintenance | 1,763.65 | 1,763.65 |
| Insurance | 1,977.83 | 2435.59 |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments | 552.00 | 552.00 |
| Mortgage Payment(s) | 11,079.51 | 29,926.69 |
| Other Secured Payments | 5,682.50 | 5,682.50 |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment | 251.76 | 360.43 |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 2,567.92 | 7,827.55 |
| Vehicle Expenses | 2,671.97 | 6,788.87 |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees | 250.00 | 500.00 |
| Professional Fees (Legal, Accounting) | 24,324.64 | 25,124.64 |
| Other - Bank Charges | 247.50 | 590.50 |
| Plan Payments - General Unsecured Creditors | 19,992.86 | 19,992.86 |
|  |  |  |
| **Total Household Disbursements** | 72,145.86 | 103,102.00 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 1,783.66 | 1,783.66 |

**In re: Brady L Skinner**
**Case No. 8:22-bk-445-CPM**

|  | **July-September 2022** |
|---|---:|
| **EXPENSES** | |
| **Alimony or Child Support Payments** | 0.00 |
| **Charitable Contributions** | 0.00 |
| **Gifts** | 0.00 |
| **Household Expenses/Food/Clothing** | |
| Davidson Drugs | 10.36 |
| Publix | 26.65 |
| USPS | 5.95 |
| Publix | 27.79 |
| Ulta Salon | 154.00 |
| Publix | 26.73 |
| Publix | 12.88 |
| Dorothy Lane Market | 58.09 |
| Light in the Box | 28.01 |
| AVI Be Express | 8.80 |
| Publix | 14.96 |
| Costco | 103.67 |
| Jersey Mikes | 9.58 |
| Sheffield's Beer | 39.00 |
| Burger King | 12.95 |
| Sniki Tiki | 75.00 |
| Beaver Avon | 107.61 |
| McDonald's | 2.45 |
| Anna's Deli | 5.34 |
| Burger King | 14.93 |
| City Barbeque | 38.97 |
| **SUBTOTAL** | **783.72** |
| **Household Repairs & Maintenance** | |
| Badger Bob Air | 593.25 |
| Badger Bob Air | 1,170.40 |
| **SUBTOTAL** | **1,763.65** |
| **Insurance** | |
| American Insurance Premium | 1,811.00 |
| NGIC | 55.61 |
| NGIC | 55.61 |
| NGIC | 55.61 |

|  |  |  |
|---|---|---:|
|  | **SUBTOTAL** | **1,977.83** |
| **IRA Contribution** |  | 0.00 |
| **Lease/Rent Payments** |  | 0.00 |
| **Medical/Dental Payments** |  |  |
| Dentist |  | 98.00 |
| Dentist |  | 34.00 |
| Dermatologist |  | 420.00 |
|  | **SUBTOTAL** | **552.00** |
| **Mortgage Payments** |  |  |
| Select Portfolio Services |  | 3,693.17 |
| Select Portfolio Services |  | 3,693.17 |
| Select Portfolio Services |  | 3,693.17 |
|  | **SUBTOTAL** | **11,079.51** |
| **Taxes - Personal Property** |  | 0.00 |
| **Taxes - Real Estate** |  | 0.00 |
| **Taxes Other** |  | 0.00 |
| **Travel & Entertainment** |  |  |
| Southwest Airlines |  | 25.00 |
| Southwest Airlines |  | 192.98 |
| Hilton Hotel |  | 33.78 |
|  | **SUBTOTAL** | **251.76** |
| **Tuition/Education** |  | 0.00 |
| **Utilties** |  |  |
| FPL |  | 379.05 |
| ATT |  | 183.94 |
| FPL |  | 399.99 |
| Comcast |  | 80.00 |
| T-Mobile |  | 116.61 |
| Sarasota County Utilities |  | 117.23 |
| HBO Max |  | 11.27 |
| FPL |  | 426.15 |
| Comcast |  | 80.00 |
| T-Mobile |  | 116.61 |
| HBO Max |  | 11.27 |
| FPL |  | 449.19 |
| Comcast |  | 80.00 |

| | | |
|---|---|---|
| T-Mobile | | 116.61 |
| | **SUBTOTAL** | **2,567.92** |

**Vehicle Expenses**

| | | |
|---|---|---|
| Costco Gas | | 52.66 |
| Wells Fargo Car Payment | | 792.85 |
| Sunpass | | 7.08 |
| Costco Gas | | 70.82 |
| Parking | | 20.00 |
| Speedway | | 18.65 |
| Wells Fargo Car Payment | | 792.85 |
| Sunpass | | 5.50 |
| Costco Gas | | 49.74 |
| Costco Gas | | 36.50 |
| Shell | | 32.47 |
| Wells Fargo Car Payment | | 792.85 |
| | **SUBTOTAL** | **2,671.97** |

**Vehicle Secured Payments**                                    0.00

**U.S. Quarterly Fees**

| | | |
|---|---|---|
| Quarterly Fee Payment | | 250.00 |
| | **SUBTOTAL** | **250.00** |

**Professional Fees***

| | | |
|---|---|---|
| Bush Ross, P.A. | | 24,324.64 |
| | **SUBTOTAL** | **24,324.64** |

**Other Secured Payments***

| | | |
|---|---|---|
| 217 Funding, LLC | | 5,050.00 |
| US Bank | | 632.50 |
| | **SUBTOTAL** | **5,682.50** |

**Other Miscellaneous**                                    0.00

**Bank Charges, Bank Transfers, Credit Reports**

| | |
|---|---|
| Service Charge | 15.50 |
| Overdraft Fee | 37.00 |
| Overdraft Fee | 37.00 |
| Service Charge | 44.50 |
| Service Charge | 29.50 |
| BOA Maintenance Fee | 25.00 |
| BOA Maintenance Fee | 25.00 |
| BOA Maintenance Fee | 25.00 |
| Transfer fee | 3.00 |

| | | |
|---|---|---:|
| Transfer fee | | 3.00 |
| Transfer fee | | 3.00 |
| | **SUBTOTAL** | **247.50** |
| **Plan Payment to General Unsecured Creditors*** | | |
| JGAR Financial, LLC | | 3,487.14 |
| 217 Funding, LLC | | 12,931.42 |
| Coolidge Wall Co., L.P.A. | | 13.93 |
| Dinsmore | | 5.69 |
| Huntington National Bank | | 3,554.68 |
| | **SUBTOTAL** | **19,992.86** |
| **TOTAL EXPENSES** | | **72,145.86** |

\* The Debtor borrowed funds from his former spouse to fund the plan payments, and such proceeds were disbursed directly to Bush Ross, P.A. to facilitate the distributions contemplated under the plan.

| Date | Description | | | Amount | Balance |
|---|---|---|---|---|---|
| 09/21/2022 | Advantage Monthly Maintenance Fee | 🏛 | c | -25.00 | 25.41 |
| 09/15/2022 | External transfer fee - 3 Day - 09/14/2022 Confirmation: XXXXX6296 | 🏛 | c | -3.00 | 50.41 |
| 09/14/2022 | TRANSFER BRADY SKINNER:BRADY SKINNER Confirmation# XXXXX70131 | ⇄ | c | -2,550.00 | 53.41 |
| 09/14/2022 | SSA TREAS 310 DES:XXSOC SEC ID:XXXXX9056A SSA INDN:BRADY L SKINNER... | ↓ | c | 2,611.00 | 2,603.41 |

**Statement as of 08/23/2022**   (view statements) »

| Date | Description | | | Amount | Balance |
|---|---|---|---|---|---|
| 08/22/2022 | Advantage Monthly Maintenance Fee | 🏛 | c | -25.00 | -7.59 |
| 08/17/2022 | Online Banking Transfer Conf# lzpy0aao5; SKINNER, SEAN | ⇄ | c | 1.00 | 17.41 |
| 08/12/2022 | External transfer fee - 3 Day - 08/11/2022 Confirmation: XXXXX3118 | 🏛 | c | -3.00 | 16.41 |
| 08/11/2022 | TRANSFER BRADY SKINNER:BRADY SKINNER Confirmation# XXXXX13980 | ⇄ | c | -2,600.00 | 19.41 |
| 08/11/2022 | Online Banking Transfer Conf# km0w1lpts; SKINNER, SEAN | ⇄ | c | 1.00 | 2,619.41 |
| 08/11/2022 | Online Banking Transfer Conf# i2qwhdqa5; SKINNER, SEAN | ⇄ | c | 2,600.00 | 2,618.41 |
| 08/10/2022 | Online Banking Transfer Conf# jtwozc5pq; SKINNER | ⇄ | c | -2,600.00 | 18.41 |
| 08/10/2022 | SSA TREAS 310 DES:XXSOC... SSA INDN:BRADY L SKINNER | ↓ | c | 2,611.00 | 2,618.41 |



| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| | SKINNER | | | |
| 08/10/2022 | SSA TREAS 310 DES:XXSOC SEC ID:XXXXX9056A SSA INDN:BRADY L SKINNER... | c | 2,611.00 | 2,618.41 |

**Statement as of 07/21/2022    (view statements) »**

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 07/20/2022 | Advantage Monthly Maintenance Fee | c | -25.00 | 7.41 |
| 07/14/2022 | External transfer fee - 3 Day - 07/13/2022 Confirmation: XXXXX9990 | c | -3.00 | 32.41 |
| 07/13/2022 | TRANSFER BRADY SKINNER:BRADY SKINNER Confirmation# XXXXX44711 | c | -2,600.00 | 35.41 |
| 07/13/2022 | SSA TREAS 310 DES:XXSOC SEC ID:XXXXX9056A SSA INDN:BRADY L SKINNER... | c | 2,611.00 | 2,635.41 |

▲ Back to top

**FIFTH THIRD BANK**
(SOUTH FLORIDA)
P.O. BOX 630900 CINCINNATI OH 45263-0900

BRADY L SKINNER
BRADY SKINNER
6911 POINT OF ROCKS RD
SIESTA KEY FL 34242-2632


0

15930

Statement Period Date: 7/1/2022 - 7/31/2022
Account Type: 5/3 BUS STANDARD CKG
Account Number: ▇▇▇▇6653

Banking Center: Stickney Point
Banking Center Phone: 941-925-8543
Business Banking Support: 877-534-2264

## Account Summary - ▇▇▇▇6653

| 07/01 | Beginning Balance | $6,021.73 | Number of Days in Period | 31 |
| | 1 Checks | $(100.00) | | |
| | 20 Withdrawals / Debits | $(18,850.04) | | |
| | 6 Deposits / Credits | $15,036.34 | | |
| 07/31 | Ending Balance | $2,108.03 | | |

**Analysis Period: 06/01/22 - 06/30/22**

| Standard Monthly Service Charge | $11.00 |
| **Standard Monthly Service Charge Waived** (see below) | -$11.00 |
| WIRE INCOMING STRUCTURED | $15.50 |
| **Service Charge withdrawn on 07/13/22** | $15.50 |

| **Standard Monthly Service Charge waived if:** | **Current Relationship Overview:** | |
| --- | --- | --- |
| Your business maintains a total monthly average balance of $3,500 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | Yes |
| | Total Combined Monthly Average Balance | $3,992.71 |
| **OR** your business spends at least $500 per month on its business credit card. | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |

## Check
1 check totaling $100.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount |
| --- | --- | --- |
| 0000 i | 07/28 | 100.00 |

## Withdrawals / Debits
20 items totaling $18,850.04

| Date | Amount | Description |
| --- | --- | --- |
| 07/05 | 379.05 | WEB INITIATED PAYMENT AT FPL DIRECT DEBIT ELEC PYMT 7232801113 WEBI 070522 |
| 07/06 | 1,811.00 | WEB INITIATED PAYMENT AT PROG AMERICAN INS PREM 945108282 BRADY 070622 |
| 07/11 | 55.61 | DEBIT CARD PURCHASE AT NATIONAL GENERAL, 888-781-0585, OR ON 071122 FROM CARD#: XXXXXXXXXXXX5612 |
| 07/11 | 98.00 | DEBIT CARD PURCHASE AT MICHAEL R DOROCIAK, SARASOTA, FL ON 070822 FROM CARD#: XXXXXXXXXXXX5612 |
| 07/13 | 15.50 | SERVICE CHARGE |
| 07/18 | 183.94 | RECURRING PURCHASE AT ATT*BILL PAYMENT, 800-288-2020, TX ON 071722 FROM CARD#: XXXXXXXXXXXX5612 |
| 07/18 | 2.45 | MERCHANT PAYMENT MCDONALD'S F1413 - 865211 6347 S TAMIAMI TRAIL SARASOTA FL ON 071822 FROM CARD#: XXXXXXXXXXX561X |
| 07/19 | 3,693.17 | WEB INITIATED PAYMENT AT SELECT PORTFOLIO SPS 0021519731 071922 |
| 07/20 | 52.66 | MERCHANT PAYMENT - 112313 COSTCO GAS #112 SARASOTA FL ON 072022 FROM CARD#: XXXXXXXXXXX561X |
| 07/21 | 3,693.17 | WEB INITIATED PAYMENT AT SELECT PORTFOLIO SPS 0021519731 072122 |

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 07/22 | 37.00 | OVERDRAFT/RETURN ITEM(S) FEE |
| 07/25 | 5.34 | DEBIT CARD PURCHASE AT ANNA'S DELI SIESTA, SIESTA KEY, FL ON 072222 FROM CARD#: XXXXXXXXXXXX5612 |
| 07/25 | 792.85 | TELEPHONE INITIATED PAYMENT AT WELLS FARGO AUTO FEE & PMTS 5769443616 072522 |
| 07/26 | 399.99 | WEB INITIATED PAYMENT AT FPL DIRECT DEBIT ELEC PYMT 7232801113 WEBI 072622 |
| 07/27 | 80.00 | COMCAST 8535100 442474545 4023161 072722 |
| 07/27 | 116.61 | WEB INITIATED PAYMENT AT T-MOBILE PCS SVC 9394010 072722 |
| 07/27 | 3,693.17 | WEB INITIATED PAYMENT AT SELECT PORTFOLIO RETRY PYMT 0021519731 072722 |
| 07/28 | 37.00 | OVERDRAFT/RETURN ITEM(S) FEE |
| 07/29 | 10.36 | DEBIT CARD PURCHASE AT DAVIDSON DRUGS #2, SARASOTA, FL ON 072822 FROM CARD#: XXXXXXXXXXXX5612 |
| 07/29 | 3,693.17 | WEB INITIATED PAYMENT AT SELECT PORTFOLIO SPS 0021519731 072922 |

## Deposits / Credits

6 items totaling $15,036.34

| Date | Amount | Description |
|---|---|---|
| 07/01 | 8.00 | SERVICE CHARGE REVERSED |
| 07/01 | 42.00 | SERVICE CHARGE REVERSED |
| 07/18 | 2,600.00 | WEB INITIATED PAYMENT AT BANK OF AMERICA P2P BRADY - SKINNER 071822 |
| 07/22 | 3,693.17 | RETURN ITEM/OVERDRAFT |
| 07/28 | 3,693.17 | RETURN ITEM/OVERDRAFT |
| 07/28 | 5,000.00 | INCOMING WIRE TRANS 072822 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/01 | 6,071.73 | 07/18 | 6,126.18 | 07/25 | 1,545.16 |
| 07/05 | 5,692.68 | 07/19 | 2,433.01 | 07/26 | 1,145.17 |
| 07/06 | 3,881.68 | 07/20 | 2,380.35 | 07/27 | (2,744.61) |
| 07/11 | 3,728.07 | 07/21 | (1,312.82) | 07/28 | 5,811.56 |
| 07/13 | 3,712.57 | 07/22 | 2,343.35 | 07/29 | 2,108.03 |

IF YOU USE TREASURY MANAGEMENT SERVICES, PLEASE NOTE THAT WE HAVE UPDATED OUR TERMS AND CONDITIONS. GO TO 53.COM/TM-TC TO VIEW.



Every dollar your business earns is important. That's why we're making changes to our Fifth Third Business Standard Checking Account® and cash management solutions. Read on to learn more.

The following changes for Fifth Third Business Standard Checking go into effect on September 1, 2022:



### Reduced monthly maintenance fee *plus* lowered requirement for fee waiver.
Starting September 1, **your monthly maintenance fee will be reduced to $10.**

Good news—you can still have your maintenance fee waived each month. To make it easier, we've reduced the combined monthly average balance requirement. Your monthly fee will be waived with any of the following:
- A combined monthly average balance of only $1,000 across your business checking, savings and CDs[1], **or**
- At least $500 monthly spending across your Fifth Third business credit cards[2], **or**
- A personal Fifth Third Private Bank Checking account, or Fifth Third Preferred Checking account with a completed Relationship Consent form.[3]



### First 100 transactions each month at no charge.
Your first 100 transactions each month will be included as part of your monthly service charge. Additional transactions are still only $0.50 each.[4]

When your business needs more than a checking account, turn to cash management, fraud detection and payment solutions.[5] For our Business Standard Checking clients, the following changes to these cash management solutions go into effect on September 1, 2022:

*Please note: All solutions are subject to additional terms and conditions. Contact us for more information.*

| Cash Management | Fraud Detection | Payment Solutions |
|---|---|---|
| **Fifth Third Direct: Prior Day Reporting**[5]<br>*See transactional details and reports from the day prior. Self-serve wires, stop payments and account transfers.*<br>• **Monthly Fee: $20.** However, with the reduction to this fee, we will no longer offer the ability to earn out of the fee each month.<br>• **Visibility to first five accounts included.** Additional accounts can be viewed at $5 each per month.<br><br>**Fifth Third Direct: Intraday Reporting**[5]<br>*See details on pending check and ACH activity throughout the business day.*<br>• **Monthly Fee: $20.** | **Customer Maintained Positive Pay (CMPP)**[5]<br>*Compare check-paid items against issue information to proactively identify fraudulent items.*<br>• **Monthly fee: $10.** | **ACH Initiation**[5, 6]<br>*Automate payment collection for faster payments and send one-time or repeating payments in two business days.*<br>• **Monthly Fee: $20.** However, with the reduction to this fee, we will no longer offer the ability to earn out of the fee each month.<br><br>**Electronic Deposit Manager (EDM)**[5]<br>*Scan and deposit checks direct from your office.*<br>• **Monthly fee: $40.** |

*Continued on the next page.*

**We're here to help**
We're always here to discuss your account or help you explore other products or services for your business. If you have any questions, please:

- Contact your banking relationship team directly.

- Call our Business Banking Support Center at 877-534-2264, Monday through Friday, 7 a.m. to 10 p.m.; Saturday, 8:30 a.m. to 5 p.m., ET. One of our team members will be happy to help you.

- Visit your nearest Fifth Third branch. Use **locations.53.com** to find a location near you.

**Please note:** Prices of all services are subject to change upon 30 days' notice from Bank. Other fees may apply. Please refer to the Business Product Disclosures.

[1] Any business checking account, savings account, or CD for the same entity may be considered for the combined monthly average balance earn out option to waive the business checking account standard monthly service charge. Ask a Fifth Third representative for details.

[2] Business credit cards are subject to credit review and approval. $500 monthly credit card spend is calculated by looking at all of your Fifth Third Credit Card accounts and adding the total amount spent on any business credit card statement(s) issued within the last 35 days (excludes Professional Card). The business entity owning the Fifth Third Business Checking account must be the same business entity owning the Business credit cards. Ask a Fifth Third representative for details.

[3] Other fees may apply. To waive the monthly maintenance fee the business owner/signer must complete a Relationship Consent form. Ask a Fifth Third representative for details.

[4] Transactions include: checks paid, deposited items including paper and electronic transactions, cash deposits, deposit tickets, ACH addenda, ACH credits and debits received and Overdraft Protecion transfers. A deposit ticket and cash deposit each count as separate transactions. Transactions in excess of the included amount per month are subject to a $0.50 per item overage charge.

[5] Service requires customer to activate and to sign Fifth Third Treasury Management agreements and related documentation. Additional fees beyond the standard monthly service charges may apply. Ask a Fifth Third Representative for details.

[6] ACH activation with Cash Management Essentials is subject to credit review and approval. Upon ACH activations, customer will receive 50 debits and 50 credits per month. Exceeding the ACH transaction limit will result in an additional $0.25 overage fee per transaction. Additional fees beyond the standard monthly service charges apply.

Additional checking account solutions are but not limited to: Commercial Analyzed, Public Funds and IOLTA/IOTA accounts. If interested, please contact your banker for additional information.

LIDN 7357

**Fifth Third Bank**
(SOUTH FLORIDA)
P.O. BOX 630900 CINCINNATI OH 45263-0900

BRADY L SKINNER
BRADY SKINNER
6911 POINT OF ROCKS RD
SIESTA KEY FL 34242-2632



0

15449

Statement Period Date: 8/1/2022 - 8/31/2022
Account Type: 5/3 BUS STANDARD CKG
Account Number: 6653

Banking Center: Stickney Point
Banking Center Phone: 941-925-8543
Business Banking Support: 877-534-2264

## Account Summary - 6653

| | | | | |
|---|---|---|---|---|
| 08/01 | Beginning Balance | $2,108.03 | Number of Days in Period | 31 |
| | Checks | | | |
| 25 | Withdrawals / Debits | $(2,628.74) | | |
| 2 | Deposits / Credits | $7,600.00 | | |
| 08/31 | Ending Balance | $7,079.29 | | |

**Analysis Period: 07/01/22 - 07/31/22**

| | |
|---|---|
| Standard Monthly Service Charge | $11.00 |
| **Standard Monthly Service Charge Waived** (see below) | $0.00 |
| WIRE INCOMING STRUCTURED | $15.50 |
| NEGATIVE COLLECTED FEE [9] | $18.00 |
| **Service Charge withdrawn on 08/10/22** | $44.50 |

[9]Collected balance is the cash balance minus checks drawn on other banks deposited in the last 2-5 days. Negative collected balance occurs when you draw upon those funds before the deposited checks are cleared.

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $3,500 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | No |
| | Total Combined Monthly Average Balance | $3,445.83 |
| **OR** your business spends at least $500 per month on its business credit card. | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |

## Withdrawals / Debits

25 items totaling $2,628.74

| Date | Amount | Description |
|---|---|---|
| 08/01 | 7.08 | DEBIT CARD PURCHASE AT SUNPASS*ACC1131623, 888-865-5352, FL ON 072922 FROM CARD#: XXXXXXXXXXXX5612 |
| 08/01 | 117.23 | DEBIT CARD PURCHASE AT SARASOTA CO UTILIT, 9418615000, FL ON 072922 FROM CARD#: XXXXXXXXXXXX5612 |
| 08/01 | 250.00 | WEB INITIATED PAYMENT AT QUARTERLY FEE PAYMENT 6OORMN3F0D1 080122 |
| 08/03 | 25.00 | DEBIT CARD PURCHASE AT SOUTHWES, 800-435-9792, TX ON 080122 FROM CARD#: XXXXXXXXXXXX5612 |
| 08/03 | 192.98 | DEBIT CARD PURCHASE AT SOUTHWES, 800-435-9792, TX ON 080122 FROM CARD#: XXXXXXXXXXXX5612 |
| 08/08 | 26.65 | MERCHANT PAYMENT PUBLIX SUPER MAR - 696107 6543 S TAMIAMI TRAIL SARASOTA FL ON 080822 FROM CARD#: XXXXXXXXXXXX561X |
| 08/09 | 5.95 | DEBIT CARD PURCHASE AT USPS PO 1184300304, SARASOTA, FL ON 080822 FROM CARD#: XXXXXXXXXXXX5612 |
| 08/09 | 34.00 | DEBIT CARD PURCHASE AT MICHAEL R DOROCIAK, SARASOTA, FL ON 080822 FROM CARD#: XXXXXXXXXXXX5612 |
| 08/09 | 14.93 | MERCHANT PAYMENT NNT BURGER KING - 499750 5748 CLARK ROAD 743299 SARASOTA FL ON 080922 FROM CARD#: XXXXXXXXXXXX561X |
| 08/10 | 11.27 | RECURRING PURCHASE AT HELP.HBOMAX.COM, NEW YORK, NY ON 080922 FROM CARD#: XXXXXXXXXXXX5612 |

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 08/10 | 44.50 | SERVICE CHARGE |
| 08/11 | 55.61 | DEBIT CARD PURCHASE AT NATIONAL GENERAL, 888-781-0585, OR ON 081122 FROM CARD#: XXXXXXXXXXXX5612 |
| 08/15 | 426.15 | WEB INITIATED PAYMENT AT FPL DIRECT DEBIT ELEC PYMT 7232801113 WEBI 081522 |
| 08/22 | 27.79 | MERCHANT PAYMENT PUBLIX SUPER MAR - 696107 6543 S TAMIAMI TRAIL SARASOTA FL ON 082222 FROM CARD#: XXXXXXXXXXXX561X |
| 08/22 | 70.82 | MERCHANT PAYMENT - 112313 COSTCO GAS #112 SARASOTA FL ON 082222 FROM CARD#: XXXXXXXXXXXX561X |
| 08/22 | 154.00 | MERCHANT PAYMENT - 471770 ULTA SALON #1196 SARASOTA FL ON 082222 FROM CARD#: XXXXXXXXXXXX561X |
| 08/24 | 26.73 | MERCHANT PAYMENT PUBLIX SUPER MAR - 409104 8409 S TAMIAMI TRAIL SARASOTA FL ON 082422 FROM CARD#: XXXXXXXXXXXX561X |
| 08/26 | 12.88 | MERCHANT PAYMENT PUBLIX SUPER MAR - 696178 6543 S TAMIAMI TRAIL SARASOTA FL ON 082622 FROM CARD#: XXXXXXXXXXXX561X |
| 08/29 | 20.00 | DEBIT CARD PURCHASE AT CMH PARKING, COLUMBUS, OH ON 082822 FROM CARD#: XXXXXXXXXXXX5612 |
| 08/29 | 38.97 | DEBIT CARD PURCHASE AT CITY BARBEQUE CENT, 6145830999, OH ON 082822 FROM CARD#: XXXXXXXXXXXX5612 |
| 08/29 | 58.09 | MERCHANT PAYMENT - 397705 DOROTHY LANE MA SPRINGBORO OH ON 082922 FROM CARD#: XXXXXXXXXXXX561X |
| 08/29 | 80.00 | COMCAST 8535100 442474545 0723375 082922 |
| 08/29 | 116.61 | WEB INITIATED PAYMENT AT T-MOBILE PCS SVC 0779438 082922 |
| 08/31 | 18.65 | MERCHANT PAYMENT Speedway - 801701 2631 W Alex Bell Rd Moraine OH ON 083122 FROM CARD#: XXXXXXXXXXXX561X |
| 08/31 | 792.85 | TELEPHONE INITIATED PAYMENT AT WELLS FARGO AUTO FEE & PMTS 5769443616 083122 |

## Deposits / Credits

2 items totaling $7,600.00

| Date | Amount | Description |
|---|---|---|
| 08/16 | 2,600.00 | WEB INITIATED PAYMENT AT BANK OF AMERICA P2P BRADY - SKINNER 081622 |
| 08/30 | 5,000.00 | INCOMING WIRE TRANS 083022 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/01 | 1,733.72 | 08/11 | 1,322.83 | 08/26 | 3,204.46 |
| 08/03 | 1,515.74 | 08/15 | 896.68 | 08/29 | 2,890.79 |
| 08/08 | 1,489.09 | 08/16 | 3,496.68 | 08/30 | 7,890.79 |
| 08/09 | 1,434.21 | 08/22 | 3,244.07 | 08/31 | 7,079.29 |
| 08/10 | 1,378.44 | 08/24 | 3,217.34 | | |

IF YOU USE TREASURY MANAGEMENT SERVICES, PLEASE NOTE THAT WE HAVE UPDATED OUR TERMS AND CONDITIONS. GO TO 53.COM/TM-TC TO VIEW.



**FIFTH THIRD BANK**
(SOUTH FLORIDA)
P.O. BOX 630900 CINCINNATI OH 45263-0900

BRADY L SKINNER
BRADY SKINNER
6911 POINT OF ROCKS RD
SIESTA KEY FL 34242-2632

0

15488

Statement Period Date 9/1/2022 - 9/30/2022
Account Type: 5/3 BUS STANDARD CKG
Account Number: ███████6653

Banking Center: Stickney Point
Banking Center Phone: 941-925-8543
Business Banking Support: 877-534-2264

## Account Summary - ███████6653

| | | | | |
|---|---|---|---|---|
| 09/01 | Beginning Balance | $7,079.29 | Number of Days in Period | 30 |
| | Checks | | | |
| 26 | Withdrawals / Debits | $(7,973.15) | | |
| 2 | Deposits / Credits | $2,550.38 | | |
| 09/30 | Ending Balance | $1,656.52 | | |

**Analysis Period: 08/01/22 - 08/31/22**

| | |
|---|---|
| Standard Monthly Service Charge | $11.00 |
| **Standard Monthly Service Charge Waived** (see below) | $0.00 |
| PAPER ACCOUNT STATEMENT FEE | $3.00 |
| WIRE INCOMING STRUCTURED | $15.50 |
| **Service Charge withdrawn on 09/13/22** | $29.50 |

| **Standard Monthly Service Charge waived if:** | **Current Relationship Overview:** | |
|---|---|---|
| Your business maintains a total monthly average balance of $3,500 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | No |
| | Total Combined Monthly Average Balance | $2,674.61 |
| **OR** your business spends at least $500 per month on its business credit card. | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |

## Withdrawals / Debits
26 items totaling $7,973.15

| Date | Amount | Description |
|---|---|---|
| 09/01 | 5.50 | DEBIT CARD PURCHASE AT SUNPASS*ACC1131623, 888-865-5352, FL ON 083122 FROM CARD#: XXXXXXXXXXXX5612 |
| 09/01 | 28.01 | DEBIT CARD PURCHASE AT LIGHTINTHEBOX, SEATTLE, WA ON 083122 FROM CARD#: XXXXXXXXXXXX5612 |
| 09/01 | 3,693.17 | WEB INITIATED PAYMENT AT SELECT PORTFOLIO SPS 0021519731 090122 |
| 09/02 | 8.80 | DEBIT CARD PURCHASE AT AVI BE EXPRESS RCK, COLUMBUS, OH ON 090122 FROM CARD#: XXXXXXXXXXXX5612 |
| 09/06 | 3.73 | DEBIT CARD PURCHASE AT THE UPS STORE 0020, SARASOTA, FL ON 090222 FROM CARD#: XXXXXXXXXXXX5612 |
| 09/06 | 9.58 | DEBIT CARD PURCHASE AT JERSEY MIKES ONLIN, 7322234044, NJ ON 090222 FROM CARD#: XXXXXXXXXXXX5612 |
| 09/06 | 593.25 | DEBIT CARD PURCHASE AT BADGER BOBS AIR CO, SARASOTA, FL ON 090222 FROM CARD#: XXXXXXXXXXXX5612 |
| 09/12 | 11.27 | RECURRING PURCHASE AT HELP.HBOMAX.COM, NEW YORK, NY ON 090922 FROM CARD#: XXXXXXXXXXXX5612 |
| 09/12 | 55.61 | DEBIT CARD PURCHASE AT NATIONAL GENERAL, 888-781-0585, OR ON 091022 FROM CARD#: XXXXXXXXXXXX5612 |
| 09/13 | 29.50 | SERVICE CHARGE |
| 09/14 | 449.19 | WEB INITIATED PAYMENT AT FPL DIRECT DEBIT ELEC PYMT 7232801113 WEBI 091422 |
| 09/20 | 1,170.40 | DEBIT CARD PURCHASE AT BADGER BOBS AIR CO, SARASOTA, FL ON 091922 FROM CARD#: XXXXXXXXXXXX5612 |

**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 09/22 | 39.00 | DEBIT CARD PURCHASE AT Sheffield's Beer a, Chicago, IL ON 092022 FROM CARD#: XXXXXXXXXXXX5612 |
| 09/23 | 12.95 | DEBIT CARD PURCHASE AT BURGER KING #27832, CHICAGO, IL ON 092122 FROM CARD#: XXXXXXXXXXXX5612 |
| 09/23 | 14.96 | MERCHANT PAYMENT PUBLIX SUPER MAR - 409111 8409 S TAMIAMI TRAIL SARASOTA FL ON 092322 FROM CARD#: XXXXXXXXXXXX561X |
| 09/23 | 49.74 | MERCHANT PAYMENT - 112313 COSTCO GAS #112 SARASOTA FL ON 092322 FROM CARD#: XXXXXXXXXXXX561X |
| 09/23 | 420.00 | DEBIT CARD PURCHASE AT ABRAMS DERMATOLOGY, 941-9262300, FL ON 092222 FROM CARD#: XXXXXXXXXXXX5612 |
| 09/26 | 36.50 | MERCHANT PAYMENT - 112313 COSTCO GAS #112 SARASOTA FL ON 092622 FROM CARD#: XXXXXXXXXXXX561X |
| 09/26 | 75.00 | DEBIT CARD PURCHASE AT SNIKI TIKI, SARASOTA, FL ON 092322 FROM CARD#: XXXXXXXXXXXX5612 |
| 09/27 | 32.47 | MERCHANT PAYMENT - 283601 SHELL SERVICE S POLK CITY FL ON 092722 FROM CARD#: XXXXXXXXXXXX561X |
| 09/27 | 80.00 | COMCAST 8535100 442474545 7525169 092722 |
| 09/27 | 116.61 | WEB INITIATED PAYMENT AT T-MOBILE PCS SVC 7588069 092722 |
| 09/27 | 792.85 | TELEPHONE INITIATED PAYMENT AT WELLS FARGO AUTO FEE & PMTS 5769443616 092722 |
| 09/29 | 107.61 | MERCHANT PAYMENT - 042613 CITY-MARK 0260 BEAVER AVON CO ON 092922 FROM CARD#: XXXXXXXXXXXX561X |
| 09/30 | 33.78 | DEBIT CARD PURCHASE AT TRU BY HILTON DENV, DENVER, CO ON 092922 FROM CARD#: XXXXXXXXXXXX5612 |
| 09/30 | 103.67 | MERCHANT PAYMENT - 063713 COSTCO WHSE #06 GYPSUM CO ON 093022 FROM CARD#: XXXXXXXXXXXX561X |

## Deposits / Credits

2 items totaling $2,550.38

| Date | Amount | Description |
|---|---|---|
| 09/07 | 0.38 | DEBIT CARD RETURN AT RBT JERSEY MIKES O, EasySavings, NY ON 090722 TO CARD#: XXXXXXXXXXXX5612 |
| 09/19 | 2,550.00 | WEB INITIATED PAYMENT AT BANK OF AMERICA P2P BRADY - SKINNER 091922 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/01 | 3,352.61 | 09/13 | 2,641.25 | 09/23 | 3,035.01 |
| 09/02 | 3,343.81 | 09/14 | 2,192.06 | 09/26 | 2,923.51 |
| 09/06 | 2,737.25 | 09/19 | 4,742.06 | 09/27 | 1,901.58 |
| 09/07 | 2,737.63 | 09/20 | 3,571.66 | 09/29 | 1,793.97 |
| 09/12 | 2,670.75 | 09/22 | 3,532.66 | 09/30 | 1,656.52 |

IF YOU USE TREASURY MANAGEMENT SERVICES, PLEASE NOTE THAT WE HAVE UPDATED OUR TERMS AND CONDITIONS. GO TO 53.COM/TM-TC TO VIEW.