UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No: 8:22-bk-00445-CPM

Chapter 11

BRADY L. SKINNER,

        Debtor.

_____/

## GENERAL NOTES APPLICABLE TO DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR THE PERIOD JULY 1, 2022 THROUGH SEPTEMBER 30, 2022

### Cover Page: Supporting Documentation

1. The financial reporting attached to this post-confirmation quarterly operating report are based upon the best available information to the Reorganized Debtor and his professionals and are subject to further revision and modification as additional information becomes available.

### Part 2: Preconfirmation Professional Fees and Expenses

**i.**      **Bush Ross, P.A., Lead Counsel – Paid Current Quarter: $34,449.14**

The payments to Bush Ross, P.A. totaling $34,449.14 include the Bankruptcy Retainer[1] of $10,124.50, which was applied to professional fees and costs pursuant to the *Order Approving Bush Ross, P.A.'s Final Application for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor, Brady L. Skinner* (Doc. No. 97).

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

**b. Secured claims: $5,682.50**

The payments to secured creditors totaling $5,682.50 include the payment to the holder of the Class 5 Secured Claim of 217 Funding, LLC and a payment of $632.50 to the holder of the Class 2 Secured Claim of U.S. Bank to cure a post-petition arrearage.

This total allowed amount of secured claims does not include the monthly mortgage payments to U.S. Bank, as pursuant to the O*rder Approving Disclosure Statement and Confirming Chapter 11 Plan of Brady L. Skinner* (Doc. No. 98), the Reorganized Debtor will pay the required monthly mortgage payments to U.S. Bank as such payments become due under the terms of the existing promissory note and mortgage outside of the chapter 11 plan.

---

[1] Bush Ross received the sum of $20,000.00 to be utilized as a retainer for this chapter 11 case (the "**Original Retainer**"). The Original Retainer was applied first to prepetition services and attorney fees and costs, which totaled $9,875.00 (including the bankruptcy filing fee totaling $1,738.00). The remaining retainer balance of $10,124.50 served as the Bankruptcy Retainer.